NOT FOR PUBLICATION                                                                 (Doc. Nos. 13, 15)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

—————————————————————— :
                                                        :
NICHOLAS M. MASINO, JR.              :
                                                        :
                        Plaintiff,          :        Civil No. 11-06690  (RBK/KMW)
                                                        :
            v.                                     :        **ORDER**
                                                        :
SANDRA B. HAYES, et al.,                :
                                                        :
                        Defendants.      :
—————————————————————— :

     **THIS MATTER** having come before the Court on the motion of Nicholas M. Masino,

Jr. ("Plaintiff") for default judgment against Michael A. Diaz ("Defendant"), pursuant to Federal

Rule of Civil Procedure 55(b), and Defendant's cross-motion to set aside the default, pursuant to

Federal Rule of Civil Procedure 55(c), and the Court having considered the moving papers and

attached documents; and for the reasons expressed in the Opinion issued this date;

     **IT IS HEREBY ORDERED** that Defendants' motion to set aside the default is

**GRANTED**.

     **IT IS FURTHER ORDERED** that Plaintiff's motion for default judgment is **DENIED**.


Dated: 12/5/12                                                    /s/ Robert B. Kugler
                                                                        ROBERT B. KUGLER
                                                                        United States District Judge